CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 30 2011

JULIA C. ...
BY: /s/
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PONANI SUKUMAR, et. al. | Civil Action No. 7:11-cv-00218 |
| Plaintiffs, | |
| v. | **ORDER** |
| NAUTILUS, Inc. | By: Hon. James C. Turk |
| Defendant. | Senior United States District Judge |

This matter is before the Court on Defendant's Motion to Stay the Proceedings (Dkt. No. 51). The Court finds that staying the proceedings would (1) not prejudice the Plaintiff, (2) promote more efficient and less costly litigation for both parties, and (3) promote judicial economy. Therefore, the Defendant's motion is **GRANTED**, and it is **ORDERED** that the litigation be stayed until the earlier of (1) 180 days, or (2) 35 U.S.C. § 292 is amended by Congress or the constitutionality is ruled upon by the United States Court of Appeals for the Federal Circuit.

The Clerk of Court is directed to send copies of this Order to counsel of record for all parties.

ENTER: This 30th day of June, 2011.

*/s/ James C. Turk*
Senior United States District Judge